Case 1:25-cv-00186-H   Document 5   Filed 09/19/25   Page 1 of 2   PageID 13

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DEWAYNE MARSHALL, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:25-CV-00244 |
| § | |
| ERIC GUERRERO, § | |
| § | |
| Respondent. § | |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed on September 12, 2025, by a state prisoner incarcerated at the Willacy County State Jail in Raymondville, Texas, which is located in Willacy County. (D.E. 1). In his complaint, Petitioner challenges a conviction he received in Jones County, Texas. (D.E. 1).[1]

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); *Wadsworth v. Johnson*, 235 F.3d 959 (5th Cir. 2000). Petitioner's place of incarceration is in the Brownsville Division of the Southern District of Texas, 28 U.S.C. § 124(b)(4), and he was

---

[1] Petitioner's filing is titled "Formal Complaint for Due Process Violation," listing Case No. 011646. (D.E. 1, Page 1). In this filing, Petitioner's requests "immediate release from incarceration due to ineffective assistance of counsel in the form of lack of evidence, no investigation, no proof of guilt and conviction based on the sole purpose of my criminal history." (D.E. 1, Page 1). A review of the Texas Department of Criminal Justice's Inmate Search website shows Petitioner's Case No. 011646 is a Jones County May 16, 2018 conviction for sexual assault. https://inmate.tdcj.texas.gov/InmateSearch/viewDetail.action?sid=01940105 (Last visited Sept. 19, 2025).

convicted by a court located in Jones County in the Abilene Division of the Northern District of Texas. 28 U.S.C. § 124(a)(3).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a) and 1406(a). A habeas application may be transferred in furtherance of justice to the other district court for hearing and determination. 28 U.S.C. § 2241(d). Because Petitioner was convicted in Jones County, it is more convenient and would further the interests of justice for this action to be handled in the Abilene Division of the Northern District of Texas. The records of his conviction and the prosecutor and defense lawyers are all located in the Abilene Division of the Northern District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Northern District of Texas, Abilene Division. All pending motions are **DENIED as moot** and are subject to renewal after the case is transferred. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on September 19, 2025.

                                              *Jason Libby*
                                              Jason B. Libby
                                              United States Magistrate Judge